**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § § | Case No. 2:15-cv-225-JRG-RSP |
| ZTE CORP. ET AL., | § § § § | |
| Defendants. | | |

## ORDER

The Court finds that Plaintiff has shown good cause to amend its infringement contentions and that Defendant will not be prejudiced under the latest docket control order (Dkt. No. 192) which extends discovery until March 25, 2016. The Court therefore **GRANTS** Plaintiff's Motion for Leave to Supplement Infringement Contentions as to Defendant (Dkt. No. 78).

**SIGNED this 16th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE