# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PARTHENON UNIFIED MEMORY ARCHITECTURE LLC,** § § § | Case No. 2:15-cv-225-JRG-RSP |
| **Plaintiff,** § § | |
| v. § § | |
| **ZTE CORP., ZTE USA, INC. and ZTE (TX), INC.,** § § § | |
| **Defendants.** § § | |

## ORDER GRANTING JOINT MOTION OF PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE LLC AND DEFENDANTS ZTE CORP., ZTE USA, INC. AND ZTE (TX), INC. TO STAY CASE PENDING FINALIZATION OF SETTLEMENT

Plaintiff Parthenon Unified Memory Architecture LLC ("PUMA") and Defendants ZTE Corp., ZTE USA, Inc. and ZTE (TX), Inc. (collectively, "ZTE") have filed a motion to stay all case deadlines for thirty (30) days with respect to PUMA and ZTE in Case No. 2:15-cv-225. After considering this motion, the Court is of the opinion that the motion should be GRANTED. It is thereby ORDERED that all deadlines in Case No. 2:15-cv-225 are hereby STAYED until July 21, 2016 with respect to PUMA and ZTE. If the parties do not file dismissal papers by July 8, 2016, counsel for the parties should appear before the Court for a status conference on July 12, 2016 at 9:00 a.m.

**SIGNED this 10th day of June, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE